IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>3) ADALBERTO CORIANO-APONTE<br>Defendant | CRIMINAL 05-0264CCC<br>CRIMINAL 05-0267JAG |

**O R D E R**

Having considered the Report and Recommendation filed on March 9, 2006 **(docket entry 72)** on a Rule 11 proceeding of defendant held before Chief U.S. Magistrate Judge Justo Arenas on March 2 and 8, 2006, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Adalberto Coriano-Aponteis accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 2, 2006. The **sentencing hearing is set for June 6, 2006 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on March 14, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge